UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 10-3440-ODW(AJW)                Date: October 18, 2010

TITLE: JORGE BAUTISTA v. K. HARRINGTON

PRESENT:    HON. ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

    Ysela Benavides
    Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
        None                                          None

**ORDER TO SHOW CAUSE**

On June 25, 2010, the Court granted petitioner's request for a stay so that petitioner could exhaust his state remedies. Petitioner was directed to file and serve status reports every step of his exhaustion.

Nearly four months have passed, and petitioner has failed to file a single status report as directed by the June 25, 2010 order. Petitioner shall have twenty-one (21) days from the date of this order to show cause why petitioner's unexhausted claims should not be dismissed based upon petitioner's failure to prosecute or comply with the Court's order. In particular, petitioner must inform the Court of the status of his state court exhaustion proceedings, if any. Further, petitioner shall file and serve status reports every twenty-eight (28) days thereafter until such time as he has exhausted his state remedies and either files an amended petition or informs the Court that he is prepared to proceed on the basis of the petition already filed. Failure to timely comply with this order may result in dismissal of the unexhausted claims.

**IT IS SO ORDERED.**
cc: Parties

MINUTES FORM 11                                   Initials of Deputy Clerk_____
C I V I L - G E N