```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10                            WESTERN DIVISION
11  JORGE BAUTISTA,                  )
                                     )
12              Petitioner,          ) Case No. CV 10-3440 ODW (AJW)
                                     )
13        v.                         )
                                     ) ORDER ACCEPTING REPORT AND
14  K. HARRINGTON,                   ) RECOMMENDATION OF
                                     ) MAGISTRATE JUDGE
15              Respondent.          )
    _____  )
16
17        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed
18  the entire record in this action, and the Report and Recommendation
19  of United States Magistrate Judge ("Report").  No objections to the
20  Report have been filed within the time allowed.  The Court concurs
21  with and accepts the findings of fact, conclusions of law, and
22  recommendations contained in the Report.
23        DATED: January 30, 2013
24                                                 [signature]
25                                          _____
                                            Otis D. Wright, II
26                                          United States District Judge
27
28
```