UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JORGE BAUTISTA, | Case No. CV 10-3440-ODW(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| K. HARRINGTON, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: January 30, 2013

_____
Otis D. Wright, II
United States District Judge